# IN THE SUPREME COURT OF TEXAS

No. 12-0636

IN RE MELISSA BLEVINS

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1.      Relator's motion for emergency relief, filed August 3, 2012, is granted. The order titled Approval for Placement in Mexico, signed October 12, 2011, the Order Denying Temporary Restraining Order, signed April 16, 2012, and any other order issued in Cause No. D04777, styled *In the Interest of R.M.R. and A.L.R., Children*, in the 249th District Court of Somervell County, Texas that orders the minor children to be removed from foster care and placed in Mexico are stayed pending further order of this Court.

2.      The real parties in interest are requested to respond to relator's petition for writ of mandamus on or before August 13, 2012.

3.      The petition for writ of mandamus remains pending before this Court.


Done at the City of Austin, this August 03, 2012.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK